IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS ) <br> AND ALLIED CRAFTSMEN ) <br> LOCAL 74 FRINGE BENEFIT FUNDS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALL TIGHT MASONRY, INC. ) <br> an Illinois corporation ) <br> Defendant. ) | ) No. 08 C 1923 <br> ) <br> ) Judge Darrah <br> ) <br> ) Magistrate Judge Brown |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE THIRD PARTY SUBPOENAS**

Plaintiffs, TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS, by and through their attorney, Donald Schwartz of Arnold and Kadjan, move this Court for leave to file subpoenas and subpoenas for depositions.

1. Plaintiffs have information that Defendant has been working and not paying all fringe benefits.

2. Plaintiffs seek leave to issue third party subpoenas to banks on whose accounts employees are paid and to a general contractor to determine what benefits Defendant may owe.

WHEREFORE, Plaintiffs pray that they be given leave to subpoena Lincolnway Bank, Harris Bank records, and records of general contractor DSR.

2

          TRUSTEES OF THE BRICKLAYERS AND
          ALLIED CRAFTSMEN LOCAL 74 FRINGE
          BENEFIT FUNDS


          By:    <u>s/ Donald D. Schwartz</u>
                    One of Its Attorneys

DONALD D. SCHWARTZ
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

Case 1:08-cv-01923   Document 7   Filed 04/18/2008   Page 2 of 2

2