IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>    Plaintiffs,<br><br> v.<br><br>ALL TIGHT MASONRY, INC.<br>an Illinois corporation<br>    Defendant. | )<br>)<br>)<br>) No. 08 C 1923<br>)<br>)<br>) Judge Darrah<br>)<br>) Magistrate Judge Brown<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

To: ALL TIGHT MASONRY, INC.
   C/O ITS REGISTERED AGENT, DANIEL A. MACAHON
   115 E. COMMERCIAL STREET
   WOODDALE, IL 60191

**PLEASE TAKE NOTICE** that on **April 24, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Darrah, Room 1203** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Leave to File Third Party Subpoenas.

            TRUSTEES OF THE BRICKLAYERS
            AND ALLIED CRAFTSMEN LOCAL 56
            FRINGE BENEFIT FUND


            s/ Donald D. Schwartz_____
            One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008 I electronically filed the foregoing Notice of Motion and Motion for Leave to File Third Party Subpoenas with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

ALL TIGHT MASONRY, INC.
C/O ITS REGISTERED AGENT, DANIEL A. MACAHON
115 E. COMMERCIAL STREET
WOODDALE, IL 60191

 s/ Donald D. Schwartz_____
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:   (312) 341-0438
Dated:  April 18, 2008