IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>ALL TIGHT MASONRY, INC.,<br>an Illinois corporation<br>Defendant. | No. 08 C 1923<br><br>Judge Darrah<br><br>Magistrate Judge Brown |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, ALL TIGHT MASONRY, INC.

In support thereof, Plaintiffs state:

1. This case was filed on April 3, 2008.

2. Defendant was served with Summons and Complaint on April 17, 2008.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per the affidavit of Richard Wolf, Defendant owes $51,450.16 benefits, $7,717.53 liquidated damages and $680.00 audit costs for a total due of $59,847.69. (Exhibit A)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and expenses $1,300.00 has been incurred in this suit. (Exhibit B)

**WHEREFORE**, Plaintiffs pray for:

1. An Order of Default against the Defendant.

2. Judgment be rendered in the amount of $61,174.69.

                Respectfully submitted,

                TRUSTEES OF THE BRICKLAYERS AND
                ALLIED CRAFTSMEN LOCAL 74 FRINGE
                BENEFIT FUNDS

                s/ Donald D. Schwartz
                Counsel for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>ALL TIGHT MASONRY, INC., an Illinois corporation<br><br>Defendant. | ) ) ) ) No. 08 C 1923 ) ) Judge Darrah ) ) ) Magistrate Judge Brown ) ) ) |

### AFFIDAVIT

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1. Affiant is President of the auditing firm of Richard J. Wolf & Company, Inc.

2. Our firm completed a compliance audit for the Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, on ALL TIGHT MASONRY, INC., for the period July 1, 2006 through March 31, 2008.

3. The audit report found arrears owing to the Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, in the amount of $51,450.16 benefits and $7,717.53 liquidated damages.

4. Our firm charged the Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds $680.00 to perform the audit.

5. The total due the Plaintiffs including arrears, audit costs, and liquidated damages of 15 percent, but excluding attorney's fees and court costs is $59,847.69.

EXHIBIT A

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
Richard J. Wolf

SUBSCRIBED AND SWORN to
before me this 20th day
of May 2008

_____
Notary Public

```
OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> ALL TIGHT MASONRY, INC. an Illinois corporation <br><br> Defendant. | ) ) ) ) No. 08 C 1923 ) ) Judge Darrah ) ) ) Magistrate Judge Brown ) ) ) |

### AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter.

3. Our normal rate is $175.00 per hour.

4. Our firm charged the Bricklayers Local #74 Fund $875.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing

FURTHER AFFIANT SAYETH NOT.

_____
DONALD SCHWARTZ

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>ALL TIGHT MASONRY, INC. an Illinois corporation<br><br>Defendant. | )<br>)<br>)<br>) No. 08 C 1923<br>)<br>) Judge Darrah<br>)<br>) Magistrate Judge Brown<br>)<br>)<br>) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $61,174.69 is entered in favor of Plaintiffs, Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the Defendant, ALL TIGHT MASONRY, INC.

2. This is a final and appealable order.

DATED:_____

ENTER:_____
**HONORABLE JUDGE DARRAH**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415