IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>            Plaintiffs,<br><br>v.<br><br>ALL TIGHT MASONRY, INC.<br>an Illinois corporation<br>            Defendant. | No. 08 C 1923<br><br>Judge Darrah<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

TO:   ALL TIGHT MASONRY, INC.
       C/O ITS REGISTERED AGENT, DANIEL A. MACAHON
       115 E. COMMERCIAL STREET
       WOODDALE, IL 60191

**PLEASE TAKE NOTICE** that on **May 29, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Darrah, Room 1203** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                                TRUSTEES OF THE BRICKLAYERS AND
                                ALLIED CRAFTSMEN LOCAL 74 FRINGE
                                BENEFIT FUNDS

                                By: s/ Donald D. Schwartz
                                   Counsel for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 23rd day of May 2008, at or before the hour of 5:00 p.m.

ALL TIGHT MASONRY, INC.
C/O ITS REGISTERED AGENT, DANIEL A. MACAHON
115 E. COMMERCIAL STREET
WOODDALE, IL 60191

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 23, 2008