# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds

        Plaintiff,

v.

All Tight Masonry, Inc.

        Defendant.

Case No.: 1:08−cv−01923

Honorable John W. Darrah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

    MINUTE entry before the Honorable John W. Darrah:Plaintiffs' motion for order of default and judgment in sum certain [11] is withdrawn. Status hearing set for 6/3/08 is vacated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.