IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>ALL TIGHT MASONRY, INC.<br>an Illinois corporation<br>        Defendant. | ) <br> ) <br> ) <br> ) No. 08 C 1923 <br> ) <br> ) Judge Darrah <br> ) <br> ) Magistrate Judge Brown <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

TO:   All Tight Masonry, Inc.                              Brandon Caldwell
      c/o its registered agent, Daniel A. Macahon          24442 Pine Ridge
      115 E. Commercial Street                             Monee, IL 60449
      Wooddale, IL 60191

**PLEASE TAKE NOTICE** that on **July 2, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Darrah, Room 1203** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                                              TRUSTEES OF THE BRICKLAYERS AND
                                              ALLIED CRAFTSMEN LOCAL 74 FRINGE
                                              BENEFIT FUNDS

                                              By: s/ Donald D. Schwartz
                                                  Counsel for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 18th day of June 2008, at or before the hour of 5:00 p.m.

All Tight Masonry, Inc.  
c/o its registered agent, Daniel A. Macahon  
115 E. Commercial Street  
Wooddale, IL 60191

Brandon Caldwell  
24442 Pine Ridge  
Monee, IL 60449

s/Donald D. Schwartz  
ARNOLD AND KADJAN  
19 W. Jackson Blvd., Suite 300  
Chicago, IL 60604  
312-236-0415 (phone)  
312-341-0438 (fax)  
Dated: June 18, 2008