IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ALL TIGHT MASONRY, INC.<br>an Illinois corporation<br>　　　　　　Defendant. | ) No. 08 C 1923<br>)<br>) Judge Darrah<br>)<br>) Magistrate Judge Brown |

## RE-NOTICE OF MOTION

**TO:**　All Tight Masonry, Inc.　　　　　　　　Brandon Caldwell
　　　　c/o its registered agent, Daniel A. Macahon　24442 Pine Ridge
　　　　115 E. Commercial Street　　　　　　　Monee, IL 60449
　　　　Wooddale, IL 60191

**PLEASE TAKE NOTICE** that on **August 19, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Darrah, Room 1203** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

　　　　　　　　　　　　　　TRUSTEES OF THE BRICKLAYERS AND
　　　　　　　　　　　　　　ALLIED CRAFTSMEN LOCAL 74 FRINGE
　　　　　　　　　　　　　　BENEFIT FUNDS

　　　　　　　　　　　　　　By: s/ Donald D. Schwartz
　　　　　　　　　　　　　　　　Counsel for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

**PROOF OF SERVICE**

      I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 3rd day of July 2008, at or before the hour of 5:00 p.m.

| | |
|---|---|
| All Tight Masonry, Inc.<br>c/o its registered agent, Daniel A. Macahon<br>115 E. Commercial Street<br>Wooddale, IL 60191 | Brandon Caldwell<br>24442 Pine Ridge<br>Monee, IL 60449 |

                                        s/Donald D. Schwartz
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        312-236-0415 (phone)
                                        312-341-0438 (fax)
                                        Dated: July 3, 2008