Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1923 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Trustees vs. All Tight Masonry | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for an order of default and judgment in sum certain [14] is granted. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | 2008 AUG 20  AM 5: 52 | Courtroom Deputy Initials: | MF |
|---|---|---|---|

U.S. DISTRICT COURT

FILED