

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>ALL TIGHT MASONRY, INC. an Illinois corporation <br>　　　　　　Defendant. | ) ) ) ) No. 08 C 1923 ) ) Judge Darrah ) ) ) Magistrate Judge Brown ) ) ) |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $67,428.20 is entered in favor of Plaintiffs, Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the Defendant, ALL TIGHT MASONRY, INC.

2. This is a final and appealable order.

DATED: August 19, 2008

ENTER: _____
HONORABLE JUDGE DARRAH

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415